Cause No. WR. 82-821-01    82,841-01

in The Court of Criminal Appeal

Of

Austin        Texas

NO. 1368122

IN The 183rd District Court

OF HARRiS County Texas

David LEE CRiFF

APPellant

MOTION DENIED
DATE: 3-3-15
BY: P.C

V. S

The State of Texas

Motion Requesting Evidentiary Hearing

ON APPLiCATiON FoR whit oF HAbeas CorPus

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 24 2015

Abel Acosta, Clerk

EX PARTE                    WR 82-82101

David Lee CRIFF                    IN The Court OF
APPLicant                          Criminal APPeal
                                        OF
                                   Austin   Texas


MOTION Requestin Evidentiary Hearing
To The HonoRable Judge of Said Court.


Now Come DAvid Lee CRIFF Defendant iN The Above entitled
And Numbered Cause. MAke This Motion. Requesting That A
Evidentiary hearing To The State Finding OF FAct.

I

No 4. OF The State Finding OF FAct states That APPLicant
did Not ARGue oN direct APPeal That Thial Court Abused
its dischetion When it ALLowed The State To Change
The enhancement PARAGraph over Thial Counsel objection
On Direct APPeal I hAd A Court APPointed LAWYer
Whom I wrote Askins That These Issues be Address
And he wrote Me bAck Stating When he Got The Files
ALL The Issues I RAised. He Would Address But he only
Address ONe Issues

II

N.O: 8. Thial Counsel inguire Prior To Thial IF The
State hAd ANY INformation concerning whether The
ComPLaiNant hAd dementia:
BY Thial Counsel Inguiring About the FAct That AnnA
JOSePh having Dementia, Shows That Thial counsel
had KnowLedge OF AnnA JosePh State oF mind
Yet Still Did Not get A Medical EVAluation.

No. 10

OF The state Finding of FAct And No. (11) And No. 12, Relate To The witNess Zelda StoNe. A Person who Was Not A witNess To The Attack AN iN FAct Was At Another Location And Drove To The sceNe; At Id 65-69, StoNe Stated She Got her Gun And Went To The Complex Finding her Mother Attended by police And Emergency Medics, Yet, AtNo, 12. oF The State FiNdiNg oF FActs States That Zelda StoNe Testified That EMS was Not oN The Scene when She ARRived, Still She was Allowed To Testified To what JOseph Told her About The PehsoN who AssAulted HeR. EveN At Trial She Admitted oN The stand That Anna Joseph did iN FAct hAve dementia (Id 75). There was Never ANy Evidence AgaiNst Petitioner. Other. ThaN The word OF AnnA Joseph, without ANY Evidence Petitioner Request FOR. New Trial oR have These charges Dropped

Ex. Parte                    Cause No. WR. 82. 821-01

David Lee CRIFF                    In the court of
                                   Chiminal Appeal
                                   Austin of Texas.

## Prayer For Relief

Wherefore, premises Considered Appellant Prays This
court To Consider each and every Point of ehhon
Raised herein. To Reverse Appellant's conviction And
Remand For A New Thial oR Fashion A Remedy consistent
With Justice And The Law.

                              David L. Criff
                              Respectfully submitted


## ORDER

ON _____ 2015 came To be Considehed David Lee
CRiFF's motion To have A Evidentiary hearing on
his Application FoR Whit of habeas Corpus.

Granted _____              Denied _____


                    _____
                       Judge Presiding.